IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:07CR3107 |
| v. | ) ) | |
| MARIA B. DIX, | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

Defendant's motion to extend date for filing pretrial motions, filing 20, is granted and the deadline for filing pretrial motions is extended to October 1, 2007.

DATED this 25th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge